■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WILSON, Appellant. [740 NYS2d 620] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered April 29, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The court properly declined to instruct the jury on the defense of agency since there is no reasonable view of the evidence, viewed most favorably to defendant, that supports a finding that defendant was acting only on behalf of the buyer (*see, People v Herring*, 83 NY2d 780). Defendant was intimately involved in the drug sale and the evidence, viewed as a whole, established that he had an ongoing relationship with the other participants.

We perceive no basis for a reduction of sentence. Concur—Nardelli, J.P., Buckley, Rosenberger, Ellerin and Rubin, JJ.